Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Dawn A. Penn
Assistant Federal Public Defender
Texas State Bar No. 24138012
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Dawn_Penn@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No. 2:23-cr-00029-APG-NJK |
|---|---|
| Plaintiff, | **Motion for Appointment of Counsel** |
| v. | |
| Kevin Joseph Lee, | |
| Defendant. | |

Kevin Lee moves for the appointment of counsel to assist him with a supervised-release matter before this Court. 18 U.S.C. § 3006A(a)(1)(E) and LCR 44-1. Mr. Lee completed a financial affidavit, which he seeks leave to file under seal because it contains his financial information. As the affidavit shows, Mr. Lee cannot afford to hire an attorney at this time. He therefore requests that this Court appoint the Office of the Federal Public Defender and Assistant Federal Public Defender Dawn A. Penn to represent him in filing a motion for early termination of supervised release.

DATED: October 29, 2024.

Respectfully submitted,
Rene L. Valladares
Federal Public Defender

By: _/s/ Dawn A. Penn_

Dawn A. Penn
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated:  11/4/2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE