Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Dawn A. Penn
Assistant Federal Public Defender
Texas State Bar No. 24138012
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Dawn_Penn@fd.org

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Kevin Joseph Lee,<br><br>  Defendant. | Case No. 2:23-cr-00029-APG-NJK<br><br>**Motion Seeking Leave to File Defendant's Financial Affidavit Under Seal** |

Comes now, the Defendant Kevin Lee, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Dawn Penn, Assistant Federal Public Federal, files this Motion Seeking Leave to File Mr. Lee's Financial Affidavit Under Seal Pursuant to Local Rule 10-5. Mr. Lee seeks to file the financial affidavit under seal because it discloses his full financial information.

For the reasons set forth above, Mr. Lee respectfully requests the Court allow him leave to file the financial affidavit under seal in order to substantively support his motion for appointment of counsel.

///

DATED: October 29, 2024.

Respectfully submitted,
Rene L. Valladares
Federal Public Defender

By: */s/ Dawn A. Penn*

Dawn A. Penn
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: November 4, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2